IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WILLIAMS & CONNOLLY, LLP** | ) ) ) ) | |
| *Plaintiff*, | ) ) | **Case No. 1:09-cv-01958 (RWR)** |
| v. | ) ) ) | |
| **IDT CORPORATION,** | ) ) ) ) ) ) | |
| *Defendant.* | ) ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this case. Rule 41(a)(1)(A)(i) is applicable because the defendant in this action has served neither an answer nor a motion for summary judgment.

        Respectfully submitted,

        WILLIAMS & CONNOLLY LLP

By:    /s/ Beth A. Stewart
        Beth A. Stewart, D.C. Bar No. 486684
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Phone: (202) 434-5000
        Fax: (202) 434-5029

October 30, 2009

## **CERTIFICATE OF SERVICE**

The summons in this case having not yet been issued, and no attorney having entered an appearance for the defendant, I hereby certify that I served a copy of this Notice of Dismissal via Federal Express on:

>IDT Corporation
>c/o Mr. Howard Jonas, Chief Executive Officer
>520 Broad Street
>16th Floor
>Newark, NJ 07102

>  /s/ Beth A. Stewart
> Beth A. Stewart

October 30, 2009